UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

In Re:

REUBEN AUSTIN DANIEL

Order Filed on April 12, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-13460JKS

Judge: Hon. John K. Sherwood

ORDER RESPECTING ORDER RESPECTING EXTENSION OF TIME PURSUANT TO RULE 1007(a)(5)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 12, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: REUBEN AUSTIN DANIEL
Case No. 18-13460JKS
Caption of Order: ORDER RESPECTING EXTENSION OF TIME PURSUANT TO RULE 1007(a)(5)

Upon consideration of the application of the Law Office of Ronald I. LeVine, and for cause shown,

**IT IS ORDERED** as follows:

1. The Time period April 14, 2018.
   \
   is extended to